Sandy Wilson
200 E. Crestmont
Alvin, Texas 77511
(281) 331-5637

Febraury 19, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station,
Austin, Texas 78711 -
(512) 463-1551

Dear Clerk;
    I am requesting a copy of the Action Taken Sheet for WR-54,908-01, in Bryan Dean Hoskins, Trial Court No. 045779-A.

Sincerely submitted,

Sandy Wilson
Requestor